UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ANDREA IRWIN,

    Plaintiff,

v.

CASE NO.1:16-cv-982

HON. PAUL L. MALONEY

MUTUAL OF OMAHA INSURANCE COMPANY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the opinion entered on this day:

**IT IS ORDERED** that **JUDGMENT** is entered in favor of Defendant.


Dated: August 22, 2017             /s/ Paul L. Maloney
                                                            PAUL L. MALONEY
                                                            UNITED STATES DISTRICT JUDGE